Lincoln Village Shopping Center, Inc., and Ernest G. Shinner, Appellees, v. Howard T. Fisher and Associates, Inc., Appellant.

Gen. No. 46,568. 

First District, Third Division.

March 16, 1955.

Released for publication April 7, 1955.

William C. Wines, for appellant; Morris Karon, and Suekoff, Frost & Spiegel, for appellees. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.